

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00151-CV

**IN RE** Jared **MARTIN**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: May 26, 2021

DISMISSED

Relator and the Real Party in Interest have filed a joint motion to dismiss the petition for writ of mandamus. The motion states the parties have finally settled the underlying suit. We therefore grant the motion and dismiss this original proceeding.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2019-CI-07623, styled *Martin v. Berridge Manufacturing Co.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Sid L. Harle presiding.